IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JERRI LEIGH JACKSON )
)
v. ) NO. 3-08-0771
) JUDGE CAMPBELL
FALCON TRANSPORT CO. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 167) and Objections filed by the Plaintiff (Docket No. 173).[1]

The Court has reviewed the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Summary Judgment (Docket No. 100) is DENIED without prejudice to Plaintiff's refiling any dispositive motion in compliance with the Federal Rules of Civil Procedure.

In addition, Defendant's Motion for Extension of Time (Docket No. 104), still pending, is DENIED as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's objections are titled "Motion to Oppose," which the Court construes as her Objections to the Report and Recommendation.