IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRI LEIGH JACKSON | ) |
| | ) |
| v. | ) NO. 3-08-0771 |
| | ) JUDGE CAMPBELL |
| FALCON TRANSPORT CO. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 236), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss (Docket No. 177) is GRANTED.

The remainder of Plaintiff's claims are the subject of a pending Report and Recommendation of the Magistrate Judge (Docket No. 238), to which any Objections must be filed by May 24, 2011. In light of the pending Report and Recommendation, the pretrial deadline for the filing of motions in limine, currently set for May 23, 2011, is extended until May 30, 2011. Any responses to the motions in limine shall be filed by June 3, 2011. The bench trial remains set for June 21, 2011, and the pretrial conference remains set for June 6, 2011, pending further Order of the Court.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE