IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JERRI LEIGH JACKSON )
)
v. ) NO. 3-08-0771
) JUDGE CAMPBELL
FALCON TRANSPORT CO. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 236), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, for the reasons stated in the Report and Recommendation, Defendant's Motion for Summary Judgment (Docket No. 217) is GRANTED, and this action is DISMISSED. Any other pending Motions are denied as moot, and the Clerk is directed to close the file.

The trial set for June 21, 2011, and the pretrial conference set for June 6, 2011, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE